**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In Re:

| | | |
|---|---|---|
| ADRIAN LOPEZ | ) | Chapter 7 |
| | ) | |
| | ) | Case No. 11-19405 |
| | ) | |
| Debtor | ) | Judge Jacqueline P. Cox |
| | ) | |
| | ) | Date: |
| | ) | Time: |

**MOTION TO VACATE ORDER CLOSING CASE WITHOUT DISCHARGE**

NOW COMES Debtor, by and through his attorney YOLANDA M. VARELA and hereby moves this honorable Court to enter an order vacating the order and in support thereof, states as follows:

1. Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on May 6, 2011.

2. Debtor attorney could not file the appropriate documents to finalize the bankruptcy chapter 7 case due to debtor attorney involved in a car accident.

3. Debtor attorney was hospitalized and incapacitated through out the whole month of July 2011 and part of August 2011 due to a car accident.

4. Debtor now asks that the Chapter 7 Bankruptcy case be reopened allowing him to file the necessary papers to finalize his bankruptcy case with a proper discharge.

Wherefore debtor Adrian Lopez, respectfully requests this honorable Court to enter an order:

   a. Vacating the order of August 23, 2011 Closing the Case Without Discharge;
   b. Granting him leave to file the B23 and Certificate of Debtor Education;
   c. And for such other relief as this court may deem honorable and just.

Respectfully Submitted

/S/ Yolanda M. Varela
Debtors Attorney

Yolanda M. Varela
3501 East 106th Street, #205
Chicago, IL 60617
773-374-9332