# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re:

ADRIAN LOPEZ ) Chapter 7
)
) Case No. 11-19405
)
Debtor ) Judge Jacqueline P. Cox
)

## NOTICE OF MOTION

TO:  Adrian Lopez
14004 S. Burnham Avenue
Burnham, IL 60633

Please take notice that on the 7th day of September, at 9:30 a.m. or soon thereafter as counsel may be heard, I shall appear before Judge Jacqueline P. Cox, Courtroom 619 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other Judge in Bankruptcy as may be presiding in his place and stead.

I shall then and present a MOTION TO REOPEN CHAPTER 7 CASE a copy of which is hereto attached, and move for the relief therein prayed, and at which time and place you may appear if you so see fit.

Yolanda M. Varela
3501 East 106th Street, #205
Chicago, IL 60617
Ph: 773-374-9332

STATE OF ILLINOIS)
COUNTY OF COOK)

Yolanda Varela, being duly sworn on oath deposes and says that she served the above and foregoing notice upon the named respondents, by placing a true copy thereof and of the motion in envelopes addressed to them at the addresses shown, with postage prepaid, and placing the same in the U.S. Mails at 20 North Clark Street, Chicago, Illinois, this 26th day of August, 2011.

Subscribed and sworn to before me
this ____ day of August 2011.

_____
Notary Public

ROSANELLIE ACEVEDO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 20, 2013

Respectfully Submitted,

/S/ Yolanda M. Varela
Debtors Attorney

Yolanda M. Varela
3501 East 106th Street, #205
Chicago, IL 60617
773-374-9332

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In Re:

| | | |
|---|---|---|
| ADRIAN LOPEZ | ) | Chapter 7 |
| | ) | |
| | ) | Case No. 11-19405 |
| | ) | |
| Debtor | ) | Judge Jacqueline P. Cox |
| | ) | |
| | ) | Date: |
| | ) | Time: |

## MOTION TO REOPEN CHAPTER 7 CASE

NOW COMES Debtor, by and through his attorney YOLANDA M. VARELA and hereby moves this honorable Court to enter an order vacating the order and in support thereof, states as follows:

1. Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on May 6, 2011.

2. Debtor's attorney could not file the appropriate documents to finalize the bankruptcy chapter 7 case due to debtor attorney involved in a car accident.

3. Debtor's attorney was hospitalized and incapacitated through out the whole month of July 2011 and part of August 2011 due to a car accident.

4. Debtor now asks that the Chapter 7 Bankruptcy case be reopened allowing him to file the necessary papers to finalize his bankruptcy case with a proper discharge.

Wherefore debtor Adrian Lopez, respectfully requests this honorable Court to enter an order:

   a. Vacating the order of August 23, 2011 Closing the Case Without Discharge;
   b. Granting him leave to file the B23 and Certificate of Debtor Education;
   c. And for such other relief as this court may deem honorable and just.

Respectfully Submitted

/S/ Yolanda M. Varela
Debtors Attorney

Yolanda M. Varela
3501 East 106th Street, #205
Chicago, IL 60617
773-374-9332